# United States Court of Appeals

## For the First Circuit

No. 16-1186

VLADEK FILLER,

Plaintiff, Appellee,

v.

MARY KELLETT,

Defendant, Appellant,

HANCOCK COUNTY; WILLIAM CLARK; WASHINGTON COUNTY; DONNIE SMITH;
TRAVIS WILLEY; DAVID DENBOW; MICHAEL CRABTREE; TOWN OF
GOULDSBORO, ME; TOWN OF ELLSWORTH, ME; JOHN DELEO; CHAD WILMOT;
PAUL CAVANAUGH; STEPHEN MCFARLAND; MICHAEL POVICH; CARLETTA
BASSANO; ESTATE OF GUY WYCOFF; LINDA GLEASON,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on June 15, 2017, is amended
as follows:

On page 8, line 1, "prosecutor" is replaced with "prosecute"